IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 20-03121-02-CR-S-MDH |
| TYLER MARTIN, ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Government's Motion to Dismiss the Indictment as to Defendant Tyler Martin. (Doc. 36). The Government moves to dismiss Tyler Martin from the Indictment returned by the Grand Jury in this case on November 17, 2020. The Motion is **GRANTED** and the Indictment is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: June 1, 2021

                                                             */s/ Douglas Harpool*
                                                             **DOUGLAS HARPOOL**
                                                             **United States District Judge**